NICHOLAS TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JAMIE MICKELSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336 / FAX: (702) 388-5087
Jamie.Mickelson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>BLACK SAMSUNG GALAXY S8 PLUS<br><br>IMEI: 357498082444805 | Case No. 2:20-mj-00497-EJY<br><br>**Motion to Unseal** |

The United States of America, by Nicholas Trutanich, United States Attorney, and Jamie Mickelson, Assistant United States Attorney, herby moves this Court for an Order to unseal the above captioned case number.

This search warrant was authorized by Honorable Elayna J. Youchah, United States Magistrate Judge, District of Nevada, on June 17, 2020, and sealed at that time to protect the integrity of an ongoing investigation. On August 5, 2020, a grand jury in the District of Nevada returned a ten-count indictment against Juan Luis Sosa Tamayo, the user of the above-referenced telephone, and others in case number 2:20-cr-00194-JAD-DJA.

//

//

//

Accordingly, the need for sealing no longer exists, and the Government seeks to unseal the above captioned matter so that documents can be provided in discovery.

DATED this 10th day of August, 2020.

Nicholas Trutanich
United States Attorney

/s/ Jamie Mickelson
Jamie Mickelson
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF BLACK SAMSUNG GALAXY S8 PLUS IMEI: 357498082444805 | Case No. 2:20-mj-00497-EJY<br><br>**Order to Unseal** |

Based upon the Motion of the Government, and good cause appearing, the Court orders that the above captioned matter and all documents filed therein are unsealed.

This __10th__ day of August, 2020.

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE